IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT HARRISON**  **PETITIONER**
ADC #153890

v.   CASE NO. 4:23-CV-00526-BSM

**DEXTER PAYNE**
Director, Arkansas Division of Corrections   **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 3] is adopted. Robert Harrison's section 2254 petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice for failure to comply with the Court's June 8, 2023 order [Doc. No. 2] and failure to prosecute.

IT IS SO ORDERED this 15th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE