IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT HARRISON**                                                                          **PETITIONER**
ADC #153890

v.                            CASE NO. 4:23-CV-00526-BSM

**DEXTER PAYNE**
Director, Arkansas Division of Corrections                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE